# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **In re David H. JUILLERAT** | ) | **Misc. Dkt. No. 2023-05** |
| *Petitioner* | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Panel 1** |

It is by the court on this 14th day of June, 2023,

**ORDERED:**

The above-referenced petition entitled "Petition for Injunction, Determination of Obstruction of Justice, and Determination of Gender Discrimination" received by this court on 30 May 2023 is hereby **DENIED**.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court